IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAN K. VODA, M.D., )<br>)<br>   Plaintiff and Counterclaim )<br>   Defendant, )<br>)<br>v. )<br>)<br>CORDIS CORPORATION, )<br>)<br>   Defendant and Counterclaim )<br>   Plaintiff. ) | No. CIV-03-1512-L |

## **J U D G M E N T**

Pursuant to the jury verdict entered May 25, 2006, the Joint Stipulation Regarding Compensatory Damages, and the Order issued this date, judgment is entered as follows:

(1) Manufacture, importation, use or sale of Cordis' XB catheters sizes 3.5, 4.0 and 4.5 infringes Claim 1 of U.S. Patent No. 5,445,625.

(2) Manufacture, importation, use or sale of Cordis' XB catheters sizes 3.0, 3.5, 4.0 and 4.5, XBC (all sizes) and XBLAD (all sizes) infringes Claims 1-3 of U.S. Patent No. 6,083,213.  Manufacture, importation, use or sale of Cordis' XB catheters sizes 3.5, 4.0 and 4.5, and XBC (all sizes)  infringes Claims 4-5 of U.S. Patent No. 6,083,213.

(3) Manufacture, importation, use or sale of Cordis' XB catheters sizes 3.5, 4.0 and 4.5 and XBC (all sizes) infringes Claims 1-6 of U.S. Patent No. 6,475,195.

(4) Cordis' infringement of U.S. Patent Nos. 5,445,625, 6,083,213 and 6,475,195 is willful.

(5) The asserted claims of U.S. Patent Nos. 5,445,625 (Claim 1), 6,083,213 (Claims 1-5) and 6,475,195 (Claims 1-6) are not invalid.

(6) Plaintiff is entitled to a reasonable royalty of 7.5 percent on defendant's sales of infringing XB, XBC and XBLAD catheters, amounting to the greater of: (1) $3,803,094 for infringement of U.S. Patent No. 6,083,213 from July 4, 2000 to May 15, 2006; (2) $2,073,982 for infringement of U.S. Patent No. 5,445,625 from March 14, 2002 to May 15, 2006; or (3) $1,443,592 for infringement of U.S. Patent No. 6,475,195 from October 30, 2003 to May 15, 2006.

(7) The court accordingly awards plaintiff compensatory damages of $3,803,094 for Cordis' acts of infringement through May 15, 2006. The court awards prejudgment interest on the foregoing damages in the total amount of $489,375.

(8) The court has determined that compensatory damages in this matter should be doubled. Judgment is therefore entered in favor of plaintiff, Jan K. Voda, M.D., and against defendant, Cordis Corporation, in the total amount of $8,095,563, together with interest thereon at the rate allowed by law from this date until paid.

(9) Judgment is also entered in favor of plaintiff, Jan K. Voda, M.D., and against defendant, Cordis Corporation, for attorney's fees and litigation expenses in

the amount of $2,201,139.46, together with interest thereon at the rate allowed by law from this date until paid.

Entered this 5th day of September, 2006.

*Tim Leonard*
TIM LEONARD
United States District Judge